In the Matter of DIANE WORD, Appellant, v SUPERINTENDENT OF BEDFORD HILLS CORRECTIONAL FACILITY et al., Respondents.

Decided September 22, 2009

Reported below, 2009 NY Slip Op 73917(U).

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.

DOMINIKA ZAKRZEWSKA, Respondent, v THE NEW SCHOOL, Appellant, et al., Defendant.

Decided September 22, 2009

*See* 574 F3d 24.

Certification of a question by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.